IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JOHN C. MITCHELL**                                                                              **PLAINTIFF**

**v.**                                             **No. 4:12CV122-MPM-DAS**

**MISSISSIPPI DEPARTMENT**
**OF CORRECTIONS, ET AL.**                                        **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion and final judgment entered this day, the motion [22] by the defendants for summary judgment is **GRANTED**, and instant case is **DISMISSED** for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. § 1915(g). In addition, the motion [18] by defense counsel to withdraw as counsel for defendant Epps in his individual capacity is **DISMISSED** as moot.

**SO ORDERED**, this, the 2nd day of April, 2015.

                                           **/s/ MICHAEL P. MILLS**
                                           **UNITED STATES DISTRICT JUDGE**
                                           **NORTHERN DISTRICT OF MISSISSIPPI**